UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 11-80937-CIV-MARRA/HOPKINS

DAVID RAMNARINE,

        Plaintiff,

vs.

CORAL COVE PLAZA, LLC,
LAKEWORTH, LLC, and LOUISE
GOUSSIS, d/b/a Skorpios

        Defendants.
_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

THIS CAUSE is before the Court upon the parties Stipulation of Dismissal with

Prejudice (DE 26), filed on March 5, 2012.  The parties indicate that they have settled this matter

pursuant to a confidential settlement agreement.  The Court has carefully reviewed the record

herein and is otherwise fully advised in the premises.  It is hereby:

        **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.  The

Clerk of this Court shall **CLOSE** this Case.  All pending motions are **DENIED AS MOOT**.

Pursuant to the joint stipulation, the Court retains jurisdiction over the matter to enforce the

agreement between the parties.

        **DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 6th day of March,

2012.

_____
KENNETH A. MARRA
United States District Judge